

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Anthony Washington

No. 06-21-00060-CR

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED JULY 27, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk